36258. SANDERS et al. v. LIBERTY LOAN CORPORATION.

NICHOLS, Justice.

This court granted certiorari to consider the question of whether a consumer who is repaying a loan found to be void under the Industrial Loan Act is entitled to recover both principal and interest paid to the lender.

The case is controlled by the holding of this court in *Southern Discount Co. v. Ector,* 246 Ga. 30 (268 SE2d 621) (1980).

*Judgment reversed. All the Justices concur, except Jordan, P. J., who dissents.*

SUBMITTED JULY 7, 1980 — DECIDED SEPTEMBER 9, 1980.

*James A. Elkins, Jr.,* for appellants.

*Charles M. Baird,* amicus curiae.
*William L. Slaughter,* for appellee.